-1-

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETER STROJNIK, Sr. , <br><br>      Plaintiff-Appellant, <br><br>v. <br><br>JOSEPHINE PEREIRA, a natural person; DCR STRATEGIES, INC., <br><br>      Defendants-Appellees. | No. 13-17626 <br><br>D.C. No. 2:13-cv-02032-SRB <br>U.S. District Court for Arizona, Phoenix |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.A.P. 42(b)**

IT IS HEREBY STIPULATED AND AGREED by and between all the parties that the above-captioned appeal is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own fees and costs.

-1-

-2-

March 18, 2014　　　　　　　　　　**STROJNIK, P.C.**

　　　　　　　　　　　　　　　　　By: s/ Peter Strojnik (with permission)
　　　　　　　　　　　　　　　　　　Peter Strojnik
　　　　　　　　　　　　　　　　　　2415 E. Camelback Road
　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85015
　　　　　　　　　　　　　　　　　　602-524-6602
　　　　　　　　　　　　　　　　　　ps@strojnik.com

　　　　　　　　　　　　　　　　　Attorney for Plaintiff-Appellant


March 18, 2014　　　　　　　　　　**PERKINS COIE LLP**

　　　　　　　　　　　　　　　　　By: s/ Brian C. Lake
　　　　　　　　　　　　　　　　　　Brian C. Lake
　　　　　　　　　　　　　　　　　　2901 N. Central Avenue
　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　　　602-351-8000
　　　　　　　　　　　　　　　　　　BLake@perkinscoie.com

　　　　　　　　　　　　　　　　　Attorneys for Defendants-Appellees

111313-0002/LEGAL120229927.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2014, the foregoing Stipulation of Voluntary Dismissal Pursuant to F.R.A.P. 42(b) was filed with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

s/ S. Neilson

111313-0002/LEGAL120229927.1