**FILED**

UNITED STATES COURT OF APPEALS

MAR 20 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER STROJNIK, Sr., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JOSEPHINE PEREIRA, a natural person and DCR STRATEGIES, INC., <br><br> Defendants - Appellees. | No. 13-17626 <br><br> D.C. No. 2:13-cv-02032-SRB <br> District of Arizona, <br> Phoenix <br><br> ORDER |

The parties' stipulation to voluntary dismissal of this appeal is granted. This case is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

Each party is bear its own cost to the appeal.

                For the Court:

                MOLLY C. DWYER
                Clerk of the Court

                Linda K. King
                Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                  and Ninth Circuit Rule 27-10

Lking/3.17.14/Pro Mo